# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:  September 19, 2017             Judge:  Honorable Charles R. Breyer

Court Reporter:  Lydia Zinn
Time: 13 Minutes
Case No.: CR14-0534-3 CRB
Case Name:  USA v. Kevin B. Cullinane (Present)(NC)

Attorney(s) for Government: Andrew Nicholson-Meade and Thomas Greene
Attorney(s) for Defendant(s): Doron Weinberg
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held.  Defendant was sworn.  Defendant plead guilty to Count 1 of the Indictment.  Application for Entry of Guilty Plea and Order issued in Court.  Sentencing hearing set for March 21, 2018 at 1:30 p.m.