# EXHIBIT A

| | | | | | Kevin Cullinane Property List | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | Sale Date | Address | Buyer on Deed | Winning Bid | Total Payoffs Made | Total Payoffs Received | Cullinane Payoffs Received | VOC | Evidence |
| 1 | 9/2/2008 | 353 Philip Dr 308, Daly City, CA | Rosenbledt Pie Trust | $240,000.00 | $4,000.00 | | | $244,000.00 | NDRE-DR-08-002940<br>NDRE-DR-08-002941<br>NDRE-MRTC-05-001159<br>LPS-ANT-NDCAC-001916-001923<br>NDRE-FBI-I-001941-001942 |
| 2 | 9/10/2008 | 2761 Maywood Dr, San Bruno, CA | Michael Bagatelos | $451,306.00 | $7,000.00 | | | $458,306.00 | NDRE-MRTC-05-001143<br>NDRE-MR-EDOC-14524<br>NDRE-PPP-01607, 1606<br>NDRE-DR-13-021694<br>NDRE-FBI-I-001951<br>NDRE-T-OLDRD-000073-000096 |
| 3 | 1/16/2009 | 1160 Glenwood Dr, Millbrae, CA | Equity Growth Asset Management | $633,250.00 | $3,000.00 | | | $636,250.00 | NDRE-MR-VP-000018<br>NDRE-DR-12-021213, 021200, 021210-021211<br>LPS-ANT-NDCAC-003663-003672<br>NDRE-MR1-BB1-005328<br>NDRE-T-QLS-000084-000111 |
| 4 | 1/26/2009 | 412 Avalon Dr, South San Francisco, CA | Equity Growth Asset Management | $529,541.66 | $3,000.00 | | | $532,541.66 | NDRE-MR-VP-000018<br>NDRE-DR-12-020995<br>NDRE-PPP-01681-1682<br>NDRE-JG1-12-018474<br>NDRE-T-QLS-007136-007146 |
| 5 | 2/10/2009 | 3936 Stein Ct, South San Francisco, CA | Kevin Cullinane and Lisa Cullinane | $326,254 | $9,000.00 | | | $335,254.00 | NDRE-MR-VP-000019<br>NDRE-DR-12-020872 |
| 6 | 3/6/2009 | 319 Shipley Ave, Daly City, CA | SC Property Management | $329,960.00 | $6,000.00 | | | $335,960.00 | NDRE-MR-VP-000021-22<br>NDRE-DR-11-017708-709<br>NDRE-FBI-I-001945 |
| 7 | 4/8/2009 | 717 S Idaho San Mateo | Kevin Cullinane and Lisa Cullinane | $410,189.00 | $2,500.00 | | | $412,689.00 | NDRE-MR-VP-000024<br>NDRE-DR-16-028078<br>NDRE-MR1-BB1-005331<br>LPS-ANT-NDCAC-002864-002869<br>NDRE-T-QLS-001284-001312<br>NDRE-DR-16-028062<br>NDRE-FBI-I-001663 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 5/5/2009 | 324 Peoria St, Daly City, CA | Parker Pacific Investments and Maximo Investments | $348,100.00 | $1,000.00 | | | $349,100.00 | NDRE-MR-VP-000025<br>NDRE-DASH-EDOC-001431, 001041<br>NDRE-DASH-EMAIL-004140<br>LPS-ANT-NDCAC-001771- 001778<br>NDRE-JG1-15-023712 |
| 9 | 5/12/2009 | 1319 Monte Diablo Ave, San Mateo, CA | Kevin and Lisa Cullinane | $370,100.00 | $2,000.00 | | | $372,100.00 | NDRE-MR-VP-000026-27<br>NDRE-DR-11-018365<br>NDRE-FF-VP-000041<br>NDRE-JG1-14-022741-022742<br>NDRE-FBI-I-002124 |
| 10 | 6/4/2009 | 1024 Gilman Dr, Daly City, CA | Equity Growth Asset Management | $257,613.00 | $5,000.00 | | | $262,613.00 | NDRE-MR-VP-000029<br>NDRE-MR1-06-000618<br>NDRE-DASH-EMAIL-008795<br>NDRE-MR1-BB1-005333<br>LPS-ANT-NDCAC-003414- 003419<br>NDRE-DASH-EDOC-001432<br>NDRE-JG1-22-036614-036617<br>NDRE-T-ETS-001238-001258 |
| 11 | 6/11/2009 | 410 Oak Ridge Dr, Redwood City, CA | Mantra Group Pecuniary Investment Narcisco Investments | $369,326.00 | | $12,000.00 | $3,000.00 | | NDRE-MR-VP-000030<br>NDRE-MR1-BB1-005333<br>NDRE-T-CWR-000341-342, 000351<br>NDRE-FBI-I-002680 |
| 12 | 6/12/2009 | 765 Beechwood Dr, Daly City CA | CHOF LLC | $404,000.00 | | $8,000.00 | $2,000.00 | | NDRE-MR-VP-000030<br>NDRE-MR1-BB1-005334<br>LPS-ANT-NDCAC-002957, 002959<br>NDRE-RKG-000005<br>NDRE-FBI-I-001958 |
| 13 | 6/16/2009 | 117 Edison Ave, South San Francisco, CA | Kevin Cullinane and Lisa Cullinane | $297,500.00 | $2,000.00 | | | $299,500.00 | NDRE-MR-VP-000030<br>NDRE-MR1-BB1-005335<br>NDRE-FF-VP-00004635<br>NDRE-FF-VP-000047<br>LPS-ANT-NDCAC-000919- 000925<br>NDRE-RG-05-005496<br>NDRE-T-QLS-000112-000137 |
| 14 | 6/17/2009 | 659 Skyline Dr, Daly City, CA | Florence Fung Y Living Trust | $342,400.00 | | $4,000.00 | $800.00 | | NDRE-MR-VP-000031<br>NDRE-MR1-BB1-005335<br>NDRE-FF-VP-000048<br>LPS-ANT-NDCAC-002740, 002746 |

| # | Date | Property | Buyer | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Total | References |
|---|------|----------|-------|----------|----------|----------|----------|-------|------------|
| 15 | 6/23/2009 | 165 Alexander Ave, Daly City, CA | Kevin Cullinane | $415,700.00 | $1,000.00 | | | $416,700.00 | NDRE-MR-VP-000031<br>NDRE-MRTC-07-001401<br>NDRE-MR1-BB1-005332<br>LPS-ANT-NDCAC-001128, 001133<br>NDRE-DASH-EDOC-001433<br>NDRE-DASH-EMAIL-001272<br>NDRE-FBI-I-001958-001959, 001961 |
| 16 | 6/26/2009 | 2218 Shannon Dr, South San Francisco, CA | Brett Barron | $504,000.00 | $5,000.00 | | | $509,000.00 | NDRE-MR-VP-000031-000032<br>NDRE-DR-10-013120<br>NDRE-KC-EDOC-007836-007840 |
| 17 | 6/30/2009 | 211 Ramona St, San Mateo, CA | Kevin Cullinane; Lisa Cullinane | $333,550.00 | $3,500.00 | | | $337,050.00 | NDRE-MR-VP-000032<br>NDRE-JG1-15-024096, 024109<br>NDRE-DR-11-018344<br>NDRE-MR-EDOC-13868<br>NDRE-MR1-BB1-005332<br>LPS-ANT-NDCAC-001300- 001306<br>NDRE-FBI-I-002258<br>NDRE-T-ETS-000383-000404 |
| 18 | 7/27/2009 | 1716 Monte Diablo Ave, San Mateo, CA | Robert Croshaw | $211,800.00 | | $12,000.00 | $3,000.00 | | NDRE-MR-VP-000034-35 |
| 19 | 9/1/2009 | 16 Pointe View Pl, South San Francisco, CA | Parker Pacific Investments | $522,200.00 | $2,500.00 | | | $524,700.00 | NDRE-MR-VP-000039<br>NDRE-DR-16-027814<br>NDRE-MR1-BB1-005338<br>LPS-ANT-NDCAC-000417-000424<br>NDRE-T-QLS-000484-000510<br>NDRE-FBI-I-001945-001946 |
| 20 | 9/21/2009 | 35 Crestview Ave, Daly City, CA | SC Property Management | $321,500.00 | $4,000 | | | $325,500.00 | NDRE-MR-VP-000041<br>NDRE-JG1-13-019353<br>NDRE-KC-EDOC-012229-012230, 001561<br>NDRE-MR1-BB1-005339<br>NDRE-PPP-02080-02087<br>NDRE-JG1-13-019374<br>NDRE-RG-05-005324<br>NDRE-RG-18-035308 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21 | 9/22/2009 | 611 Fairway Cir Hillsborough | Laith Salma | $1,454,307.00 | | $150,000.00 | $75,000.00 | | R-SALMA-000007, 000004-000005 TIPII-012774 LPS-ANT-NDCAC-002647, 002650, 002648 NDRE-FBI-I-001187-001200 NDRE-FBI-I-001419-001432 NDRE-FBI-I-001275-001285 |
| 22 | 9/29/2009 | 572 Kohala Ave, Pacifica, CA | Equity Growth Asset Management | $468,100.00 | $1,500.00 | | | $469,600.00 | NDRE-MR1-BB1-005339 LPS-ANT-NDCAC-002578- 002588 NDRE-JG1-23-038112-038114 |
| 23 | 10/6/2009 | 212 Lux Ave, South San Francisco, CA | Equity Growth Asset Management | $299,950.00 | $1,500.00 | | | $301,450.00 | NDRE-MR-VP-000042 NDRE-MR1-BB1-005340 LPS-ANT-NDCAC-001314- 001323 NDRE-JG1-23-038759-038761 NDRE-T-Fidelity-000221-000227 NDRE-MRTC-07-001402 |
| 24 | 11/5/2009 | 32 Arrowhead Ln, Menlo Park, CA | SC Property Management | $224,438.00 | $10,000.00 | | | $234,438.00 | NDRE-KC-04-008902 NDRE-DR-16-026237 NDRE-MR1-BB1-005344 NDRE-PPP-02141-02150 NDRE-JG1-01-000582 NDRE-JG1-24-040287 NDRE-FBI-I-002213-002214 NDRE-FBI-I-001887-001888 NDRE-MRTC-07-001402 NDRE-MRTC-01-001062 |
| 25 | 11/12/2009 | 47 East 20th Ave, San Mateo, CA | Pecuniary Investments, Mantra Group, John Shiells | $385,200.00 | | $6,000.00 | $1,500.00 | | NDRE-MR-VP-000047 NDRE-GT-0095 NDRE-MR1-BB1-005344 NDRE-PPP-02203-02205 NDRE-DOJ-000132 |
| 26 | 11/17/2009 | 362 Imperial Dr, Pacifica, CA | Courthouse Steps | $364,200.00 | $5,000.00 | | | $369,200.00 | NDRE-MR-VP-000048 NDRE-MR1-BB1-005344 LPS-ANT-NDCAC-001937- 001945 NDRE-T-QLS-000838-000869 |
| 27 | 11/30/2009 | 450 Winchester St, Daly City, CA | SC Properties and Courthouse Steps II | $291,100.00 | $5,000.00 | | | Canceled Sale | NDRE-MR-VP-000049-000050 NDRE-FF-VP-000176 NDRE-PPP-02230 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28 | 12/9/2009 | 111 St Matthews Ave 303, San Mateo, CA | SC Property Management | $379,000.00 | $13,000.00 | | | $392,000.00 | NDRE-MR-VP-000052<br>LPS-ANT-NDCAC-000903-000908<br>NDRE-JGTC-01-000002<br>NDRE-DR-14-023700<br>NDRE-MRTC-01-001065<br>NDRE-MR1-17-004050-004051, 004044<br>NDRE-FBI-I-000017-000018<br>NDRE-T-NDEX-001236-001246 |
| 29 | 12/14/2009 | 611 Santa Teresa Way, Millbrae, CA | Craig Rogers | $470,000.00 | | $13,000.00 | $2,600.00 | | NDRE-MR-VP-000052<br>NDRE-MR1-BB1-005346<br>NDRE-PPP-02248-002249<br>NDRE-FF-VP-000180<br>1D023.001_part1wav<br>NDRE-FBI-I-000016 |
| 30 | 1/6/2010 | 177 Alexander Ave, Daly City, CA | SC Property Management | $425,000.00 | $2,000.00 | | | $427,000.00 | NDRE-MR1-BB1-005348<br>LPS-ANT-NDCAC-001162- 001172<br>NDRE-KC-03-005809-005810<br>NDRE-MRTC-07-001402<br>CRC002020-002128 |
| 31 | 1/11/2010 | 269 East Ave, San Bruno, CA | Jose Rios | $334,900.00 | | $10,000.00 | $1,666.66 | | NDRE-MR-VP-000055<br>NDRE-DR-05-000058<br>NDRE-MR1-BB1-005349<br>NDRE-PPP-02302-02303<br>1D046.001_part1wav<br>NDRE-FBI-I-001906 |
| 32 | 1/13/2010 | 1589 James Ave, Redwood City, CA | Mantra Group Group LLC | $584,100.00 | | $10,000.00 | $2,000.00 | | NDRE-MR-VP-000056<br>LPS-ANT-NDCAC-004277, LPS-ANT-NDCAC-004280<br>NDRE-DR-05-000056, 58<br>NDRE-MR1-BB1-005387<br>NDRE-GT-0265<br>1D183.001_part1.wav<br>1D185.001.avi<br>Out_aspect6507845626_07-19-2010_023137PM.wav<br>Out_aspect6507845626_07-20-2010_022826PM.wav<br>Out_bose5108621000_07-21-2010_013201PM.wav<br>Out_bose5108621000_07-21-2010_112416AM.wav<br>NDRE-FBI-I-000018<br>NDRE-FBI-I-002490 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 33 | 1/27/2010 | 385 Michelle Ln, Daly City, CA | Equity Growth Asset Management | $336,150.00 | $4,000.00 | | | $340,150.00 | NDRE-MR-VP-000058<br>NDRE-MR1-BB1-005351<br>NDRE-DR-05-000058<br>LPS-ANT-NDCAC-002026- 002034<br>NDRE-JG1-25-041757-041760<br>CRC000979-001086<br>NDRE-FBI-I-001837-001841 |
| 34 | 2/8/2010 | 3306 Aegean Way, San Bruno | SC Property Management | $638,100.00 | $3,000.00 | | | $641,100.00 | NDRE-MR-VP-000061<br>NDRE-MRTC-01-001064, 001067<br>NDRE-MR1-BB1-005352<br>NDRE-PPP-02363-02364<br>TIPII010881-010882, 010886-010889, 010955, 012769-012770<br>NDRE-T-QLS-000779, 000781<br>NDRE-FBI-I-001887-001200<br>NDRE-FBI-I-001492-001432<br>NDRE-FBI-I-001275-001285 |
| 35 | 2/9/2010 | 903 E Grant Pl, San Mateo, CA | Ngai Ming Wang | $446,250.00 | | $6,000.00 | $1,500.00 | | NDRE-MR-VP-000061<br>NDRE-DR-05-000045<br>NDRE-DR-05-000060<br>NDRE-MR1-BB1-005354<br>NDRE-T-TDS-000445, 000448 |
| 36 | 2/9/2010 | 1517 Sunnyslope Ave, Belmont, CA | Ritch Growth Fund I LP | $700,000.00 | | $8,000 | $2,000.00 | | NDRE-MR1-BB1-005352<br>NDRE-MR-VP-000061-62<br>NDRE-DR-05-000060<br>LPS-ANT-NDCAC-004190, 004200 |
| 37 | 2/9/2010 | 291 2nd Ave, Daly City, CA | SC Property Management | $377,600.00 | $2,000.00 | | | $379,600.00 | NDRE-MR-VP-000062<br>NDRE-MR1-BB1-005353<br>LPS-ANT-NDCAC-001634- 001641<br>NDRE-KC-03-004832, 004834-004835<br>NDRE-FBI-I-000988<br>NDSC-000143-000160<br>NDRE-MRTC-07-001402 |
| 38 | 2/23/2010 | 2278 Poplar Ave, East Palo Alto, CA | Jaime Gonzalez | $120,300.00 | | $4,000.00 | $1,000.00 | | NDRE-MR-VP-000065<br>NDRE-MR1-BB1-005355<br>NDRE-PPP-02403-02404<br>NDRE-DR-10-012018-012019-012020<br>NDRE-JG1-001613<br>NDRE-FBI-I-002217<br>NDRE-FBI-I-001793<br>NDRE-FBI-I-002036 |

6 of 16

| # | Date | Address | Entity | Amount | Amount | | | Total | References |
|---|---|---|---|---|---|---|---|---|---|
| 39 | 2/26/2010 | 5003 Palmetto Ave 87, Pacifica, CA | Triple Investments | $203,842.00 | $1,000.00 | | | $204,842.00 | NDRE-MR-VP-000065<br>NDRE-JGTC-01-000003<br>NDRE-DR-14-023674<br>NDRE-DASH-EDOC-001441<br>NDRE-DASH-EMAIL-006976<br>NDRE-MR1-BB1-005355<br>LPS-ANT-NDCAC-006969- 006975<br>NDRE-SD1-19-027585<br>NDRE-T-QLS-001076-001104<br>NDRE-MRTC-07-001400<br>NDRE-MRTC-01-001067<br>NDRE-FBI-I-000988-000989 |
| 40 | 3/1/2010 | 365 Mina Ln, Pacifica, CA | SC Property Management | $275,200.00 | $4,500.00 | | | $279,700.00 | NDRE-MR-VP-000066<br>NDRE-KC-03-004382<br>NDRE-DR-10-011824<br>NDRE-MR1-BB1-005356<br>LPS-ANT-NDCAC-001946- 001952<br>NDRE-MRTC-01-001064<br>NDRE-KC-03-004397-004400<br>NDRE-FBI-I-000989-000990<br>NDRE-T-ETS-000163-000178 |
| 41 | 3/5/2010 | 500 Peninsula Ave, Burlingame, CA | SC Property Management | $835,000.00 | $15,000.00 | | | $850,000.00 | NDRE-MR-VP-000066-67<br>NDRE-KC-03-003747, 003382<br>NDRE-MR-EDOC-00040<br>NDRE-DR-14-023701<br>NDRE-PPP-02433-02440<br>NDRE-DASH-EDOC-001442<br>NDRE-DASH-EMAIL-001641<br>NDRE-JG1-30-050776<br>NDRE-KC-03-003752<br>NDRE-FBI-I-001799<br>NDRE-FBI-I-001284<br>NDRE-FBI-I-001197-001198<br>NDRE-MR1-17-004044<br>NDRE-MRTC-01-001065 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 42 | 3/8/2010 | 2544 Emmett Way, East Palo Alto, CA | Rosenbledt Pie Trust | $156,000.00 | | $13,000.00 | $3,250.00 | | NDRE-MR-VP-000067<br>NDRE-MR1-BB1-005356<br>LPS-ANT-NDCAC-005769, 005774<br>WORK_00006906<br>WORK_00002142<br>NDRE-DR-09-011565-011566, 011651<br>NDRE-FBI-I-002525<br>NDRE-FBI-I-002037<br>NDRE-FBI-I-002494-002495<br>NDRE-FBI-I-001891 |
| 43 | 3/29/2010 | 67 Penhurst Ave, Daly City, CA | Lonestar Holdings LLC | $446,250.00 | | $12,500.00 | $2,500.00 | | NDRE-MR-VP-000070<br>NDRE-MR1-BB1-005358<br>LPS-ANT-NDCAC-000719, 000722<br>1D114.002_part1.wav<br>1D115.001.avi,1D115.002.avi<br>1D116.001_part1.wav<br>1D117.001_part1.wav<br>1D118.001_part1.wav<br>1D144.001_part1.wav<br>1D145.001.avi<br>1D146.001_part1.wav<br>1D147.001_part1.wav<br>1D148.mpg<br>1D152.001_part1.wav<br>1D157-A.mpg, 1D157-B.mpg ,1D157-C.mpg<br>1D158-A.mpg<br>1D159.001_part1.wav<br>1D162.001_part1.wav<br>1D175.001_part2.wav<br>1D191.001_part1.wav<br>1D192.001_part1.wav<br>1D336.005_part1.wav<br>Out_aspect6507845626_04-16-2010_091933PM.wav<br>NDRE-FBI-I-002069,<br>NDRE-FBI-I-002075-002078<br>NDRE-FBI-I-002261-002262<br>NDRE-FBI-I-002520-002524 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 44 | 4/1/2010 | 974 Gellert Blvd, Daly City, CA | SC Property Management | $360,300.00 | $2,000.00 | | | $362,300.00 | NDRE-MR1-BB1-005358<br>NDRE-MR-VP-000070<br>NDRE-KC-03-004512, 004547-004550, 004531<br>NDRE-FBI-0364-0365<br>NDRE-T-RTS-000623, 000630<br>NDRE-DASH-EMAIL-006785<br>NDRE-DASH-EDOC-001443<br>1D117.001_part2.wav<br>1D118.001_part2.wav<br>1D219.001_part1.wav<br>1D220.002_part1.wav<br>1D248.001_part1.wav<br>NDRE-FBI-I-000104, Cullinane<br>NDRE-FBI-I-002080-002082,<br>NDRE-FBI-I-002526-002527,<br>NDRE-FBI-I-002495, |
| 45 | 4/9/2010 | 545 4th Ave, San Bruno, CA | Parker Pacific Investments | $167,200.00 | $6,000.00 | | | $173,200.00 | NDRE-MR-VP-000071-72<br>NDRE-MR1-BB1-005363<br>NDRE-MRTC-07-001403<br>NDRE-MRTC-01-001063<br>LPS-ANT-NDCAC-002510- 002516<br>NDRE-DASH-EMAIL-002299<br>NDRE-DASH-EDOC-001443<br>NDRE-FBI-0007<br>NDRE-JG1-28-047281-047282, 047284-047287<br>1D144.001_part1.wav<br>1D144.001_part2.wav<br>1D712.002_part1.wav<br>1D712.002_part2.wav<br>Out_aspect6507845626_08-23-2011_063643PM.wav<br>Out_aspect6507845626_08-23-2011_070129PM.wav<br>NDRE-FBI-I-002082-002083 |
| 46 | 4/19/2010 | 1719 Sweetwood Dr Daly City | Happy Ocean and Working Dirt LLC | $397,200.00 | | $11,000.00 | $4,000.00 | | NDRE-MR-VP-000073<br>NDRE-MR1-BB1-005359<br>LPS-ANT-NDCAC-004561-004562, 004570 |

| # | Date | Address | Entity | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Amount 5 | References |
|---|---|---|---|---|---|---|---|---|---|
| 47 | 4/20/2010 | 610 Topaz St, Redwood City, CA | Salma Family LP | $419,400.00 | | $16,000.00 | $3,500.00 | | NDRE-MR-VP-000073<br>NDRE-MR1-BB1-005360<br>LPS-ANT-NDCAC-002640, 002644<br>1D175.001_part2.wav<br>1D177.001_part1wav<br>NDRE-FBI-I-001266 |
| 48 | 4/20/2010 | 3413 La Selva, San Mateo, CA | Salma Family LP | $395,000.00 | | $6,000.00 | $1,500.00 | | NDRE-MR-VP-000073<br>NDRE-MR1-BB1-005360<br>NDRE-PPP-02540-02541<br>1D175.001_part2wav<br>1D177.001_part1wav<br>NDRE-FBI-I-001266 |
| 49 | 5/7/2010 | 91 El Portal Way, Daly City, CA | Dash Strategies | $592,100.00 | $14,820.00 | | | $606,920.00 | NDRE-KC-03-006128<br>NDRE-DR-14-023679<br>NDRE-MR1-BB1-005360, 005364-005365<br>NDRE-JG1-29-049624<br>NDRE-DASH-EDOC-001443-001444<br>NDRE-DASH-EMAIL-008953<br>NDRE-MR-VP-000076<br>NDRE-JGTC-01-000003<br>NDRE-KC-03-006136-006139<br>1D220.002_part1.wav<br>1D220.002_part2.wav<br>1D271.001_part1.wav<br>1D271.001_part2.wav<br>Out_aspect6507845626_05-27-2010_081610PM.wav<br>NDRE-FBI-I-002083-002084<br>NDRE-FBI-I-002527-002528<br>NDRE-FBI-I-002497-002498<br>NDRE-FBI-I-001198<br>NDRE-FBI-I-001267-001268<br>NDRE-T-NDEX-001264-001273<br>NDRE-T-NDEX-001445-001457 |

| # | Date | Property | Entity | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Total | References |
|---|------|----------|--------|----------|----------|----------|----------|-------|------------|
| 50 | 5/12/2010 | 36 Williams Ln, Foster City, CA | SC Property Management | $578,300.00 | $10,000.00 | | | $588,300.00 | NDRE-MR1-BB1-005322, 005360, 005364<br>NDRE-KC-02-000395<br>NDRE-DR-10-012852<br>LPS-ANT-NDCAC-000574- 000580<br>NDRE-DASH-EMAIL-004145<br>NDRE-DASH-EDOC-001444<br>NDRE-MR-VP-000077<br>NDRE-JGTC-01-000003<br>NDRE-MRTC-01-001063<br>NDRE-KC-02-000437-000440<br>NDSC-000001-000021<br>NDRE-FBI-I-001786 |
| 51 | 5/28/2010 | 617 Woodside Way Apt E, San Mateo, CA | Triterra Inv Portfolio II LLC | $203,000.00 | | $12,000.00 | $2,400.00 | | TK01213, TK00003, TK01083-01084<br>LPS-ANT-NDCAC-002685<br>LPS-ANT-NDCAC-002689<br>NDRE-MR1-BB2-005418<br>TIPII012769-012770<br>R--SALMA-000053<br>NDRE-MR-VP-000081<br>NDRE-FBI-I-001271-001272 |
| 52 | 6/2/2010 | 950 S Fremont St, San Mateo, CA | SC Property Management | $456,100.00 | $2,000.00 | | | $458,100.00 | NDRE-MRTC-06-001345<br>NDRE-MR1-BB1-005382<br>NDRE-MR1-17-004044, 004050-004051<br>NDRE-MRTC-01-001064<br>NDRE-DASH-EMAIL-003674<br>NDRE-DASH-EDOC-001444<br>NDRE-MR-VP-000082<br>NDRE-T-NDEX-001333-001352<br>NDRE-DR-14-023682<br>NDRE-JG1-24-040365-040366 |
| 53 | 6/15/2010 | 419 Magellan Ave, Half Moon Bay, CA | Triterra Inv Portfolio II LLC | $723,201.00 | | $28,000.00 | $7,000.00 | | NDRE-MR1-BB1-005368<br>NDRE-MR-VP-000083<br>TK01213, TK00003, TK00407<br>TIPII012769-012770, 0011239<br>NDRE-T-CWR-000371-372<br>1D318.004_part1wav<br>NDRE-FBI-I-001279, 001284 |

| # | Date | Address | Entity | Amount 1 | Amount 2 | Amount 3 | Amount 4 | Total | References |
|---|------|---------|--------|----------|----------|----------|----------|-------|------------|
| 54 | 6/18/2010 | 35 Rockford Ave, Daly City, CA | Equity Growth Asset Management | $428,500.00 | $2,000.00 | | | $430,500.00 | NDRE-DR-14-023683<br>NDRE-MR1-17-004044, 004050-004051<br>NDRE-MRTC-01-001067<br>NDRE-MR1-BB1-005382<br>NDRE-PPP-02671-02680<br>NDRE-MR-VP-000083<br>NDRE-JG1-27-045495-045499<br>NDRE-FBI-I-000994<br>NDRE-T-QLS-000803-000837 |
| 55 | 7/12/2010 | 238 Vista Grande Ave, Daly City, CA | DMG Asset Mangement LLC | $305,200.00 | | $18,000.00 | $3,600.00 | | NDRE-MR1-BB1-005369<br>NDRE-DMG-000828<br>NDRE-MR-VP-000086 |
| 56 | 7/19/2010 | 832 Olive Ave, South San Francisco, CA | 832 Olive Ave LLC | $189,078.00 | $20,000.00 | | | $209,078.00 | NDRE-DR-14-023689<br>NDRE-MR1-17-004044<br>NDRE-JGTC-01-000005<br>NDRE-MRTC-01-001066<br>LPS-ANT-NDCAC-003031-003037<br>NDRE-MR1-BB1-005373<br>TK00407-00408<br>NDRE-MR-VP-000087-88<br>NDRE-JG1-33-054855-054858<br>1D379.001avi<br>Out_aspect6507845626_07-20-2010_043037PM.wav<br>NDRE-T-QLS-001774-001826 |
| 57 | 8/26/2010 | 2307 Hacienda St, San Mateo, CA | SC Property Management | $564,694.00 | $6,500.00 | | | $571,194.00 | NDRE-MR1-BB1-005377<br>NDRE-DR-14-023636<br>NDRE-KC-EDOC-007853-007857<br>NDRE-MR-EDOC-00134<br>NDRE-MR-VP-000094<br>NDRE-KC-02-001909, 001889-001891<br>NDRE-FBI-I-001435-001437<br>NDRE-T-CWR-005713-005741<br>NDRE-JGTC-01-000005<br>NDRE-MRTC-01-001068<br>NDRE-FBI-I-001116 |
| 58 | 9/10/2010 | 1177 Alameda de las Pulgas, Redwood City, CA | KMA Properties | $105,800.00 | | $20,000.00 | $4,000.00 | | NDRE-MR1-BB1-005378<br>NDRE-MR-VP-000096<br>NDRE-FBI-I-001892 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 59 | 9/20/2010 | 131 Alexander Ave, Daly City, CA | Legacy Investments, LP | $302,550.00 | | $3,500.00 | $2,000.00 | | NDRE-MR-EDOC-14334<br>NDRE-MR2-03-000388<br>NDRE-MRTC-01-001046<br>NDRE-MRTC-06-001347<br>NDRE-MR1-17-004044<br>NDRE-JGTC-01-000005<br>NDRE-MR1-BB1-005385<br>LPS-ANT-NDCAC-000984, 000988<br>NDRE-MR-VP-000097<br>NDRE-DR-14-023639<br>NDRE-JG1-32-052609-052610, 052612-052613<br>NDRE-FBI-I-001809-001810 |
| 60 | 10/1/2010 | 2072 Pulgas Ave, East Palo Alto, CA | Equity Growth Asset Management | $190,000.00 | | $5,000.00 | $1,250.00 | | NDRE-MR1-BB1-005380<br>NDRE-T-FAL-001178-001179<br>NDRE-MR-VP-000099<br>NDRE-RG-12-021238<br>NDRE-FBI-I-001892-001893 |
| 61 | 10/1/2010 | 6 Santa Ana Ave, Daly City, CA | Worthing Capital | $400,700.00 | | $10,000.00 | $1,666.66 | | NDRE-MR1-BB1-005380<br>NDRE-RG-25-048184<br>NDRE-WC-EMAIL-001047, 001318, 001314, 000616, 002977, 002975, 002989-002990, 000596, 001315<br>LPS-ANT-NDCAC-000325, 000331<br>NDRE-WC-SUPP-000002<br>NDRE-FBI-I-001440-001441<br>NDRE-FBI-I-000247 |
| 62 | 10/7/2010 | 909 Garden St, East Palo Alto, CA | Develop R2 LLC | $182,773.00 | | $4,500.00 | $1,125.00 | | NDRE-MR1-BB1-005379<br>NDRE-DR-05-000061<br>WORK_00010325<br>NDRE-JG1-000503<br>NDRE-FBI-I-001793-001794<br>NDRE-FBI-I-002036 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 63 | 10/28/2010 | 2345 Menalto Ave, East Palo Alto, CA | Working Dirt LLC | $100,837.00 | | $6,000.00 | $2,000.00 | | NDRE-MR1-BB1-005383<br>NDRE-MR-EDOC-14334<br>LPS-ANT-NDCAC-005520, 005525<br>NDRE-MRTC-01-001046<br>NDRE-DASH-EDOC-001446<br>NDRE-DASH-EMAIL-007973<br>NDRE-DR-18-030427<br>NDRE-MR-VP-000101<br>NDRE-JG1-000510<br>NDRE-FBI-I-002036-002037<br>NDRE-FBI-I-001893 |
| 64 | 11/10/2010 | 150 Amherst Ave, Menlo Park, CA | SC Property Management | $602,544.00 | $2,000.00 | | | $604,544.00 | NDRE-MR-EDOC-14334<br>NDRE-MR2-03-000388<br>NDRE-MRTC-01-001046<br>NDRE-MRTC-06-001344<br>NDRE-DR-14-023646<br>NDRE-MR1-BB1-005384<br>LPS-ANT-NDCAC-001045- 001051<br>NDRE-MR-VP-000102<br>NDRE-JG1-29-049214-049215<br>NDRE-FBI-I-002038<br>NDRE-T-RTS-000339-000372 |
| 65 | 11/29/2010 | 637 Foothill Dr, Pacifica, CA | Dash Strategies | $309,000.00 | $5,000.00 | | | $314,000.00 | NDRE-MR-EDOC-14334<br>NDRE-MR2-03-000388<br>NDRE-DR-14-023649<br>NDRE-MR1-BB1-005388<br>NDRE-PPP-02969-02970<br>NDRE-DASH-EDOC-001447<br>NDRE-DASH-EMAIL-004767<br>NDRE-MR-VP-000104<br>NDRE-JG1-31-052032-052036<br>NDRE-T-QLS-001194-001224<br>NDRE-FBI-I-000354-000356 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 66 | 11/29/2010 | 1147 Vernon Ter, San Mateo, CA | SC Property Management | $615,950.00 | $7,500.00 | | | $623,450.00 | NDRE-MR-EDOC-14334<br>NDRE-MR2-03-000388<br>NDRE-MR1-17-004044<br>NDRE-DR-14-023650<br>NDRE-MR1-BB1-005388<br>NDRE-RG-25-046125<br>LPS-ANT-NDCAC-003605- 003611<br>NDRE-DASH-EDOC-001446-001447<br>NDRE-DASH-EMAIL-004767<br>NDRE-MR-VP-000104<br>NDRE-JG1-34-056716<br>NDRE-FBI-I-001846<br>NDRE-T-CRT-000730-000741 |
| 67 | 12/6/2010 | 231 Gateway Dr, Pacifica, CA | Ritch Growth Fund I LP | $400,500.00 | | $17,000.00 | $3,400.00 | | NDRE-JG2-04-000051<br>NDRE-MR-EDOC-14334<br>NDRE-MR2-03-000388<br>NDRE-DR-05-000061, 000048<br>NDRE-MR1-BB1-005388<br>LPS-ANT-NDCAC-001428, 001435<br>NDRE-MR-VP-000105 |
| 68 | 12/20/2010 | 218 Village Way, South San Francisco, CA | SC Property Management | $247,500.00 | $2,000.00 | | | $249,500.00 | NDRE-JG1-24-041432<br>NDRE-JG2-04-000051<br>NDRE-MR1-BB1-005324<br>NDRE-DR-14-023660<br>NDRE-MR1-17-004044, 004050-004051<br>LPS-ANT-NDCAC-001337- 001342<br>NDRE-T-ETS-004399-004401 |
| 69 | 1/3/2011 | 41 Portola Ave, Daly City, CA | SC Property Management | $338,234.00 | $1,500.00 | | | $339,734.00 | NDRE-DR-14-023652<br>NDRE-MR1-BB1-005324<br>NDRE-MR-VP-000107<br>NDRE-DR-18-030363<br>NDRE-T-CWR-000305-000337<br>NDRE-MR1-17-004045 |
| 70 | 5/25/2010 | 1420 Douglass St, San Francisco, CA | SC Property Management | $1,098,750.00 | $3,500.00 | | | $1,102,250.00 | NDRE-KC-02-001738, 001754-001758<br>NDRE-MRTC-01-001063<br>LPS-ANT-NDCAC-004090- 004096<br>DRS00013371-00013373<br>NDRE-MR-VP-000080-000081<br>NDRE-FBI-I-001843<br>NDRE-FBI-I-001948-001950<br>NDRE-FBI-I-001289<br>NDRE-T-QLS-007152-007172 |

| 71 | 5/25/2010 | 291 Sussex St, San Francisco, CA | SC Property Management | $626,000.00 | $11,000.00 | | | $637,000.00 | NDRE-MR-VP-000080<br>NDRE-JGTC-01-000004<br>NDRE-DR-14-023681<br>NDRE-MRTC-01-001063<br>DRS00013371-00013372<br>NDRE-T-NDEX-001042- 001050<br>NDRE-JG1-34-056512-056513<br>NDRE-FBI-I-001833-001844 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total Restitution: $139,258.32 | Total VOC: $18,510,413.66 | |

**Restitution: $139,258.32**

**Volume of Commerce: $18,510,413.66**

16 of 16