# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  May 7, 2018                                Judge:  Honorable Charles R. Breyer

Court Reporter:  Belle Ball
Time: 2 Hours and 40 Minutes
Case No.: CR13-0246-1 CRB
         CR13-0587-1 CRB
         CR15-0534-1, 2, 3 CRB

|  | **Defendants** | **Defense Counsel** |
|---|---|---|
| Case Name: | USA v. Mohammed Rezaian | Lyn Robyn Agre |
|  | USA v. Daniel Rosenbledt | Jennifer Briggs Fisher and George D. Niespolo |
|  | USA v. Joseph J. Giraudo | Matthew Jacobs, Craig Seebald, Christopher James |
|  | USA v. Raymond A. Grinsell | Louis Feuchtbaum |
|  | USA v. Kevin B. Cullinane | Doron Weinberg |

Attorney(s) for Government:  Adrew Mast
Attorney(s) for Defendant(s):  **See above**
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott/Tana Ingle

## PROCEEDINGS

Guideline Determination Hearing held.