| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ANDREW J. MAST (CSBN 284070)<br>U.S. Department of Justice<br>Antitrust Division<br>450 Golden Gate Avenue<br>Box 36046, Room 10-0101<br>San Francisco, CA 94102<br>andrew.mast@usdoj.gov<br>Telephone: (415) 934-5300 |
| 6 | Attorney for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN CULLINANE,<br><br>Defendant. | CASE NO. CR 3:14-00534 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JUDGMENT OF RESTITUTION** |

No. CR 14-00534 CRB
STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION

| | |
|---|---|
| 1 | The parties are scheduled to appear before this Court on June 26, 2018 for a hearing to determine |
| 2 | restitution in the above-captioned case. The parties stipulate to a restitution order in the amount of |
| 3 | $114,258.32, payable to the victims specified as "Beneficiary/Trustee" in the chart attached to this |
| 4 | stipulation as Exhibit A. The parties likewise request that the June 26, 2018 restitution hearing be |
| 5 | vacated. |

DATED: June 18, 2018                                          Respectfully submitted,

_____/s/_____
Andrew J. Mast
Trial Attorney
Antitrust Division
 U.S. Department of Justice


DATED: June 18, 2018                                          Respectfully submitted,

_____/s/_____
Doron Weinberg
Counsel for Kevin Cullinane

No. CR 14-00534 CRB
STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION

1  **[~~PROPOSED~~] ORDER**

2    Pursuant to the stipulation of the parties and for good cause shown,

3    IT IS ORDERED that defendant Kevin Cullinane pay restitution totaling $114,258.32, payable
4  to the victims specified as "Beneficiary/Trustee" in the chart attached to the stipulation as Exhibit A.
5  Restitution must be paid in full no later than 15 days from the entry of this Order. Any established
6  payment plan does not preclude enforcement efforts by the Department of Justice if the defendant has
7  the ability to pay more than the minimum due. The restitution payments shall be made to the Clerk of
8  U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave, Box 36060, San Francisco, CA
9  94102.

10    IT IS FURTHER ORDERED that the restitution hearing scheduled for June 26, 2018 is vacated.

11  **IT IS SO ORDERED.**

13  Dated: June 19, 2018

14  _____
      Honorable Charles R. Breyer
15    UNITED STATES DISTRICT JUDGE